May 14, 2010

Mr. Christopher Bradley Slayton
Jones Flygare Brown & Wharton
P.O. Box 2426
Lubbock, TX 79408-2426
Mr. Stace Lawrence Williams
The Stace Williams Law Firm, P.C.
1209 Broadway
Lubbock, TX 79401

RE: Case Number: 08-0941
 Court of Appeals Number: 07-06-00322-CV
 Trial Court Number: 2002-520,246

Style: THE TRAVELERS INSURANCE COMPANY (THE AUTOMOBILE INSURANCE
 COMPANY OF HARTFORD CONNECTICUT)
 v.
 BARRY JOACHIM

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Barbara |
| |Sucsy |
| |Ms. Peggy Culp |